# AFFIDAVIT

NOW COMES Laird J. Heal and testifies under the pains and penalties of perjury:

1. I am over the age of 18 and of sound mind.
2. I have attended Monadnock Folklore Society events at least since the 1990's if not since its inception (in 1982). See Exhibit 3.
3. I suffered a stroke in January 2014 and have been found to be permanently disabled, principally due to percipient and expressive aphasia. See Exhibit 5. Before the stroke, I was an active member of the New Hampshire Bar Association.
4. On or about February 23, 2026 the Board of the Monadnock Folklore Society imposed a ban of all its activities and the two Morris dance teams which it sponsors, for an indefinite period described as two to four weeks. See Exhibit 3.
5. During this period, on March 19, 2026 I filed a complaint with the New Hampshire Human Rights Commission alleging discrimination under RSA 354-A.
6. After the four week period ended, on March 23, 2026 I returned to the Nelson Monday Contra Dance but I was refused entry. Peter Martel, a member of the MFS Board of Directors required me to leave not just the dance hall but the adjoining public area.
7. Afterwards, Mr. Martel wrote, "I assume you know we could take more substantial action," which I take as an open threat. See Exhibit 1.
8. No reason has been given except that others feel uncomfortable. See Exhibit 1. In the period since February 15, 2025 I have been accused me, inter alia, of not following the directions of the organizers, willy-nilly. If that is true, it must be due to the continuing effect of the stroke, which the 'organizers' forget. It is a reasonable accommodation in my case is just to talk a little slower or sometimes to repeat things. Paradoxically, each year I notice improvement but this year the Board has chosen to exclude me from

activities which are important to my recovery, not to mention the chance to congregate with the friends I have made over the decades.

9. I have not been offered any reasonable accommodation, the MFS Board and its members, who style themselves as the organizers.

10. When I asked to appeal as promised by MFS (see Exhibit 2), Mr. Martel dissembled, saying I should first contemplate what I might do differently, and then telling me to include "any new information provided by any party that is relevant to the initial concern." See Exhibit 4. However, I have not been provided with any information from the MFS Board in the first place, including identifying the parties concerned and the facts underlying the supposed 'concerns'.

11. While Mr. Martel continues to say that he will inform the Board of my request for an appeal, nothing from any MFS Board member has been received.

12. It is now clear that without court intervention I will not be able to participate or even go to the public places I habitually went to, lest I run a MFS gauntlet.

13. MFS operates in exclusively public spaces, either outside or using government facilities. However, MFS is using its authority to preventing me from exercising my rights as a member of the public.

14. The Jack in the Green Morris team principally meets in the Wells Memorial School in the Town of Harrisville or at the Lakefalls Lodge at the border of Town of Nelson and Town of Stoddard, also called as Munsonville.

15. The Firebird Morris team meets at the Wells Memorial School in the Town of Harrisville.

16. An injunction should be issued to prohibit MFS from preventing me to attend its events, <u>pendente lite</u>, in order to keep the <u>status quo</u>, and to keep up my friendships among that

community without intervention. The injunction should extend to all of the Defendants, as MFS has used its sponsorship of the Morris dance teams to prevent me from continuing with them.

17. Further affiant saith not.

Signed this 7th______ day of April, 2026.

Laird J. Heal